**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01346-LTB-MJW

CASE LOGIC, INC., a Colorado corporation,

       Plaintiff,

v.

ATLANTIC REPRESENTATIONS, INC., a California corporation,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc

18 - filed May 8, 2007), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                BY THE COURT:


                ___s/Lewis T. Babcock_____
                Lewis T. Babcock, Chief Judge

DATED:   May 10, 2007